**FILED**

DEC - 8 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 15-80300 MISC.

IN THE MATTER OF

Charles Thomas Marshall - #176091

Case Number

)
)
)
)
)
)
)
)

**ORDER TO SHOW CAUSE RE
SUSPENSION FROM MEMBERSHIP
IN GOOD STANDING OF THE BAR
OF THE COURT**

TO:   Charles Thomas Marshall

You are enrolled as a member of the bar of the Northern District of California. Notice has been received

by the Chief Judge of the United States District Court for the Northern District of California that your

status as a member of the State Bar of California has been modified as follows:

Suspended by the Supreme Court for 90 days effective November 25, 2015

Effective the date of this order, your membership in the bar of this Court is **suspended on an interim**

**basis** pursuant to Civil Local Rule 11-7(b)(1). **On or before January 20, 2016,** you may file a response

to this Order meeting the requirements of Civil Local Rule 11-7(b)(2), which may be viewed on the

Court's website at cand.uscourts.gov. If you fail to file a timely and adequate response to this Order, you

will be suspended from membership without further notice.

If you are disbarred, suspended or placed on disciplinary probation by this Court and are later

restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to

Civil Local Rule 11-7(b)(3). The Clerk shall close this file on or after January 20, 2016, absent further·

order of this Court.

IT IS SO ORDERED.

Dated: 12/7/15

_____
JAMES DONATO
United States District Judge

*Form updated July 2012*