UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF<br><br>Charles Thomas Marshall #176091 | Case No.  15-mc-80300-JD<br><br>**ORDER OF SUSPENSION** |
|---|---|

Because Charles Thomas Marshall has failed to respond to the Order to Show Cause, Mr. Marshall's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated:  January 27, 2016

_____
JAMES DONATO
United States District Judge

<table>
<tr><td colspan="2" align="center">UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA</td></tr>
<tr><td>IN THE MATTER OF<br><br>Charles Thomas Marshall #176091</td><td>Case No.  15-mc-80300-JD<br><br>**CERTIFICATE OF SERVICE**</td></tr>
</table>

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 1/27/2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles Thomas Marshall
415 Laurel St.
#405
San Diego, CA 92101

Dated: 1/27/2016

Susan Y. Soong
Clerk, United States District Court

By: *Lisa R. Clark*
_____
Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato