UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF | Case No. 15-mc-80300-JD |
|---|---|
| Charles Thomas Marshall #176091 | **AMENDED ORDER OF SUSPENSION** |

The Court corrects its prior order (Dkt. No. 3) to reflect that attorney Charles Thomas Marshall did respond to the Court's Order to Show Cause within the required time. He filed a statement of non-opposition. Dkt. No. 2.

Mr. Marshall's membership in the bar of this Court remains suspended until he applies for and receives readmission.

**IT IS SO ORDERED.**

Dated: April 8, 2016

JAMES DONATO
United States District Judge